JACOB J. WELLER et al., Respondents, *v.* THOMPSON HERSEE, Appellant.

(Argued June 5, 1878; decided June 18, 1878.)

*E. C. Sprague* for appellant.

*J. M. Humphrey* for respondents.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.

---

PETER V. CARROLL et al., Respondents, *v.* FREDERICK WAYDELL et al., Appellants.

(Argued June 7, 1878; decided June 18, 1878.)

*Spencer Clinton* for appellants.

*E. C. Sprague* for respondents.

Agree to affirm on opinion below.
All concur, except FOLGER, J., not voting.
Judgment affirmed.

---

SARAH N. HAWKS, Respondent, *v.* WILLIAM N. WINANS, Appellant.

(Argued June 17, 1878; decided June 18, 1878.)

*Edward Mitchell* for appellant.

*George H. Yeaman* for respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.